SUSANA ALCALA WOOD, City Attorney (156366)
ARDELL JOHNSON, Assistant City Attorney (95340)
NICHOLAS SYMPSON, Sr. Deputy City Attorney (295535)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for DEFENDANTS
City of San Jose; San Jose Police
Department; Officer Calamateos;
Officer Jose Alvarez; Officer Michael Joycox

JESUS ESCALERA AVILA
Plaintiff Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESUS ESCALERA AVILA,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITY OF SAN JOSE; SAN JOSE POLICE DEPARTMENT; OFFICER CALAMATEOS; and DOES 1 to 10,<br><br>                    Defendants. | Case Number: 5:25-cv-01908-EKL<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SETTLEMENT CONFERENCE AND PRE-SETTLEMENT CONFERENCE TELEPHONE CALL**<br><br>Date:          June 24, 2026<br>Time:          10:00 am<br>Courtroom:  via Zoom<br>Judge:        Hon. Susan van Keulen |

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE
SETTLEMENT CONFERENCE AND PRE-SETTLEMENT CONFERENCE
TELEPHONE CALL

Case No.: 5:25-cv-01908-EKL

The parties to the above-entitled action submit this JOINT STIPULATION AND PROPOSED ORDER.

WHEREAS, the Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint ("MTD") was filed on January 9, 2026 and set for hearing on April 29, 2026.  See DKT 44.

WHEREAS, on March 12, 2026, the Court sent a notice resetting the Further Case Management Conference ("FCMC") that was for April 22, 2026 to April 29, 2026, the same day as the MTD.  See DKT 49.

WHEREAS, Plaintiff notified Defendants that he would be traveling abroad on April 29, 2026.

WHEREAS, on March 20, 2026, the Parties stipulated to continue the hearing on MTD and FCMC to June 24, 2026 at 10:00 am.  See DKT 51.

WHEREAS, on March 25, 2026, the Court set the hearing on the MTD and the FCMC for July 1, 2026. See DKT 52.

WHEREAS, Plaintiff notified Defendants that he will be traveling abroad on July 1, 2026.

WHEREAS, on April 8, 2026, the Parties stipulated to continue the hearing on the MTD and FCMC for a date after August 1, 2026.  See DKT 54.

WHEREAS, on April 8, 2026, the Court set the hearing on the MTD and FCMC for August 5, 2026, at 10:00 am.  See DKT 55.

WHEREAS, the Parties are presently scheduled for a Settlement Conference with the Honorable Judge Van Keulen on June 24, 2026, and pre-settlement telephone conference on June 22, 2026.

WHEREAS, the Parties have conferred and agree that conducting the settlement conference after resolution of the pending Motion to Dismiss and after the completion of additional fact discovery will facilitate a more informed and productive settlement discussion.

WHEREAS, the Parties Agree that resolution of the pending MTD may materially affect the claims and issues to be addressed during settlement discussions.

Respectfully submitted,

Dated:  June 15, 2026

SUSANA ALCALA WOOD, City Attorney

By: */s/ Nicholas Sympson*_____
NICHOLAS SYMPSON
Senior Deputy City Attorney

Attorneys for Defendants

Dated: June 15, 2026

By:  */s/Jesus Escalera Avila*
JESUS ESCALERA AVILA

Plaintiff Pro Se

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE
SETTLEMENT CONFERENCE AND PRE-SETTLEMENT CONFERENCE
TELEPHONE CALL

Case No.: 5:25-cv-01908-EKL

# [~~PROPOSED~~] ORDER

Pursuant to the parties' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT:

The Settlement Conference scheduled for June 24, 2026, and Pre-Settlement Conference telephone scheduled for June 22, 2026, are VACATED.

The Parties shall address an appropriate date for a Continued Settlement Conference at or after the August 5, 2026, Further Case Management Conference, or as otherwise directed by the Court.

IT IS SO ORDERED.

DATED:   June 15, 2026

HON. Susan van Keulen
United States ~~District~~ Judge
Magistrate

JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SETTLEMENT CONFERENCE AND PRE-SETTLEMENT CONFERENCE TELEPHONE CALL

Case No.: 5:25-cv-01908-EKL